No. 95–7184. MATIAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–7187. KNIGHT v. COURT OF CIVIL APPEALS OF ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 95–7188. MAXSON v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT. Sup. Ct. Cal. Certiorari denied.

No. 95–7192. SWEENEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7193. BRANDLEY v. KEESHAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–7194. BOULDEN v. THOMAS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–7196. SOLEY v. SOLEY. Ct. App. Ohio, Wood County. Certiorari denied.

No. 95–7197. GARNER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–7204. DILLIER v. CALIFORNIA ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 95–7206. HOUSTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–7207. RUCKEL v. CHURCHICH ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–7208. SCHAAF v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–7209. PRIHODA v. HUSZ. Ct. App. Wis. Certiorari denied.

No. 95–7210. ORNELAS v. MYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.